AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

<table>
<tr><td>

ELLPETHA TSIVICOS and<br>
ONE WHALE'S TALE, LLC<br>
<br>
<br>
_____<br>
*Plaintiff(s)*<br>
v.<br>
PUBLIC ASSEMBLY, L.L.C.; DOMINO OPERATOR<br>
LLC; TWO TREES MANAGEMENT CO.; ANNABEL<br>
THOMPSON; JED WALENTAS; MAGGIE<br>
MACTIERNAN; TAMARA MCCAW<br>
_____<br>
*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No.  **1:26-cv-3065<br>JAM**

</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PUBLIC ASSEMBLY, L.L.C.
45 Main Street, Suite 312
Brooklyn, NY 11201 (Kings County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan Quattlebaum
QK LEGAL PLLC
65 High Ridge Road, Suite 150
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 05/22/2026

_____
**S. GALEANO**
*Signature of Clerk or Deputy Clerk*

Case 1:26-cv-03065-JAM   Document 7   Filed 05/22/26   Page 2 of 4 PageID #: 63

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELLPETHA TSIVICOS and ONE WHALE'S TALE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC ASSEMBLY, L.L.C.; DOMINO OPERATOR LLC; TWO TREES MANAGEMENT CO.; ANNABEL THOMPSON; JED WALENTAS; MAGGIE MACTIERNAN; and TAMARA MCCAW,<br><br>Defendants. | Civil Action No. 1:26-cv-03065<br><br>**RIDER TO SUMMONS** |

**RIDER TO SUMMONS**

This Rider is attached to and made a part of the Summons in the above-captioned action. The name and address of each defendant named in the Complaint is set forth below:

1. **Public Assembly, L.L.C.**
   45 Main Street, Suite 312
   Brooklyn, New York 11201 (Kings County)

2. **Domino Operator LLC**
   45 Main Street, 12th Floor
   Brooklyn, New York 11201 (Kings County)

3. **Two Trees Management Co.**
   45 Main Street, 12th Floor
   Brooklyn, New York 11201 (Kings County)

4. **Annabel Thompson**
   c/o Public Assembly, L.L.C.
   45 Main Street, Suite 312
   Brooklyn, New York 11201 (Kings County)

5. **Jed Walentas**
   c/o Two Trees Management Co.
   45 Main Street, 12th Floor
   Brooklyn, New York 11201 (Kings County)

- 1 -

- 2 -

6. **Maggie MacTiernan**
   c/o Public Assembly, L.L.C.
   45 Main Street, Suite 312
   Brooklyn, New York 11201 (Kings County)

7. **Tamara McCaw**
   c/o Public Assembly, L.L.C.
   45 Main Street, Suite 312
   Brooklyn, New York 11201 (Kings County)