AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-03065**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Two Trees Management Co.**
was received by me on  **6/27/2026:**

☐    I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT; RIDER TO SUMMONS** on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Terrace Springer**, who is designated by law to accept service of process on behalf of **Two Trees Management Co.** at **45 Main St 12th Floor, Brooklyn, NY 11201** on **06/29/2026 at 11:03 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 79.00** for services, for a total of **$ 79.00**.

I declare under penalty of perjury that this information is true.

Date:  07/03/2026

_____
*Server's signature*

**Abubakr Mubarez**
*Printed name and title*

**817 53 Street**
**Brooklyn, NY 11220**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT; RIDER TO SUMMONS,  to Terrace Springer who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 6'0"-6'2" tall and weighing 240-300 lbs.**




Tracking #: **0230366321**