**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

ELLPETHA TSIVICOS and ONE WHALE'S TALE, LLC,

          *Plaintiffs,*

    -against-

PUBLIC ASSEMBLY, L.L.C.; DOMINO OPERATOR LLC; TWO TREES MANAGEMENT CO.; ANNABEL THOMPSON; JED WALENTAS; MAGGIE MACTIERNAN; TAMARA MCCAW

          *Defendants,*

Case No.: 1:26-cv-03065

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT the undersigned attorney hereby enters an appearance on behalf of Defendants Public Assembly, L.L.C., Domino Operator LLC, Two Trees Management Co., Annabel Thompson, and Jed Walentas in the above-captioned action.

All future pleadings, notices, and other papers in this action should be served upon the undersigned at the address set forth below.

Dated: July 13, 2026
     New York, New York

                  Respectfully submitted,

                  **GOLDBERG WEPRIN**
                  **FINKEL GOLDSTEIN LLP**

                  By: _____
                  Ashley M. Koenen, Esq.
                  Bar No. 5144597
                  125 Park Avenue, 12th Floor
                  New York, NY 10017
                  akoenen@gwfglaw.com
                  Office: (212) 221-5700
                  Direct: (212) 301-6953