AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-03065**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Tamara McCaw**
was received by me on  **6/27/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT; RIDER TO SUMMONS** on the individual at *(place)*  on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Jane Doe**, a person of suitable age and discretion who resides at **30 Lafayette Ave, Brooklyn, NY 11217**, on **07/15/2026 at 3:08 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 79.00** for services, for a total of **$ 79.00**.

I declare under penalty of perjury that this information is true.

Date:  07/16/2026

_____
*Server's signature*

**Abubakr Mubarez**
*Printed name and title*

**817 53 Street**
**Brooklyn, NY 11220**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT; RIDER TO SUMMONS,  to an individual who refused to give their name who identified themselves as the secretary, co-resident. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'4" -5'6" tall and weighing 180-200 lbs with glasses.**





Tracking #: **0232446108**