UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — — —X

Tsivicos et al

_____ ,

                    Plaintiff,               Docket No.

                                             1:26-cv-03065
          v.                          ( _____ , J.)

Public Assembly, LLC et al            (Marutollo, M.J.)

_____ ,

                    Defendants.

— — — — — — — — — — — — — — — — — — — — — — — — —X

**DISCOVERY PLAN AND SCHEDULING ORDER**

        Upon consent of the parties, it is hereby ORDERED as follows:

1.      The date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet completed: August 31, 2026 _____

2.      No amendment of the pleadings will be permitted after: November 13, 2026 _____

3.      No additional parties may be joined after: November 13, 2026 _____

4.      Fact discovery shall be completed by: February 26, 2027 _____

5.      Plaintiff(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: March 26, 2027 _____ .

6.      Defendant(s) shall make Fed. R. Civ. P. 26(a)(2) disclosures, if any, by: May 7, 2027 _____

7.      All discovery, including expert discovery, shall be completed by: June 7, 2027 _____ . (*Presumptively 30 days following the final exchange of expert reports*)

1

8.    Have the parties discussed the existence of electronically stored information (ESI) and discussed the location and production of such information, as required by Fed. R. Civ. P. 26? Yes____ No __X__

9.    Have the parties entered into an ESI protocol? Yes____ No __X__ Not Applicable____

10.   Final date to take the first step in dispositive motion practice, if any: July 7, 2027 _____. (*If the parties do not consent to the jurisdiction of United States Magistrate Judge Joseph A. Marutollo, parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice.  The date is presumptively 30 days after completion of expert discovery*)

11.   Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8? __X__ Yes ____ No

12.   Do the parties consent to jurisdiction before United States Magistrate Judge Joseph A. Marutollo pursuant to 28 U.S.C.  § 636(c)? ____ Yes __X__ No (*Answer "no" if any party declines to consent without indicating which party has declined*)

2

This Scheduling Order may be altered or amended only upon a showing of good cause not foreseeable as of the date of this order.

CONSENTED TO BY:

| Attorney for Plaintiff | Attorney for Defendant(s) |
|---|---|
| Name:<br>Megan Quattlebaum<br>QK Legal PLLC | Name:<br>Ashley Koenen<br>Goldberg Weprin Finkel Goldstein LLP |
| Address:<br>65 High Ridge Road, Suite 150<br>Stamford, CT 06905 | Address:<br>125 Park Avenue, 12th Floor<br>New York, NY 10017 |
| Telephone:<br>203-297-9842 | Telephone:<br>212-301-6953 |
| Email:<br>megan@qklegal.net | Email:<br>akoenen@gwfglaw.com |

**SO ORDERED:**

Dated:  Brooklyn, New York
_____

_____
**JOSEPH A. MARUTOLLO**
United States Magistrate Judge

3