**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

ELLPETHA TSIVICOS and ONE WHALE'S TALE, LLC,

                *Plaintiffs*,

         -against-

PUBLIC ASSEMBLY, L.L.C.; DOMINO OPERATOR LLC; TWO TREES MANAGEMENT CO.; ANNABEL THOMPSON; JED WALENTAS; MAGGIE MACTIERNAN; TAMARA MCCAW

                *Defendants*,

Case No.: 1:26-cv-03065

## AFFIRMATION OF SERVICE TO NEW INCOMING COUNSEL

1.     I, Ashley M. Koenen, an attorney duly admitted to practice law before this Court, hereby affirm the following under penalty of perjury pursuant to 28 U.S.C. § 1746.

2.     I am an attorney at the firm Goldberg Weprin Finkel Goldstein LLP, attorneys of record for Defendants Public Assembly, L.L.C., Domino Operator LLC, Two Trees Management Co., Annabel Thompson, and Jed Walentas in the above-captioned action.

3.     On July 28, 2026, an initial conference was held before Magistrate Judge Joseph A. Marutollo. The Court entered a Minute Entry Order directing, among other things, that Defendants' counsel shall serve a copy of the order on new incoming counsel and file proof of service by July 29, 2026.

4.     On July 30, 2026, I served a true and correct copy of the Minute Entry Order dated July 28, 2026 upon new incoming counsel, Theo E.M. Gould, Esq., Shareholder at Littler Mendelson P.C., by email at TGould@littler.com.

5.     Mr. Gould's address is Littler Mendelson P.C., 900 Third Avenue, New York, NY 10022-3298. His telephone number is (212) 497-8489.

6.      I affirm that the foregoing is true and correct.

Dated: August 3, 2026
         New York, New York

                                    Respectfully submitted,

                                    **GOLDBERG WEPRIN
                                    FINKEL GOLDSTEIN LLP**

                                    By: /s/ Ashley Koenen
                                    Ashley M. Koenen, Esq.
                                    Bar No. 5144597
                                    125 Park Avenue, 12th Floor
                                    New York, NY 10017
                                    akoenen@gwfglaw.com
                                    Office: (212) 221-5700
                                    Direct: (212) 301-6953

2