

# QK LEGAL
### PLLC

August 4, 2026

**VIA ECF**

Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court, Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re: *Tsivicos v. Public Assembly, L.L.C.*, No. 1:26-cv-03065 (JAM) — Parties' Letter of Non-Consent to Magistrate Judge Jurisdiction Under 28 U.S.C. § 636(c)**

Dear Judge Marutollo:

We represent Plaintiffs Ellpetha Tsivicos and One Whale's Tale, LLC, and submit this letter on behalf of all parties pursuant to the Court's July 28, 2026 minute order, and the Court's August 3, 2026 order directing compliance with it, which required the parties to advise the Court by August 4, 2026 whether they consent to the exercise of jurisdiction by a United States Magistrate Judge under the Court's Direct Assignment Program.

Counsel for each party have discussed with their respective clients and with each other the option of consenting, pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, to have a Magistrate Judge conduct all proceedings in this action, including trial and the entry of final judgment. The parties do not unanimously consent. Consistent with Rule 73(b)(1) and the Direct Assignment Program, this letter does not disclose any individual party's position.

We thank the Court for its consideration.

**Connecticut**
65 High Ridge Road
Suite 150, Stamford, CT 06905

info@qklegal.net
Office: 203.349.3216
Direct: 203.297.9842

**New York**
43 West 43rd Street
Suite 350, New York, NY 10036

Respectfully submitted,

/s/ Megan Quattlebaum
Megan Quattlebaum
QK Legal PLLC
Counsel for Plaintiffs

cc: All counsel of record (via ECF)

2