E.D.N.Y. Direct Assignment Program Acknowledgement Form (Rev. 9/2025)

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Tsivicos et al
_____,

                    Plaintiff(s),            Civil Action No.  1:26-cv-03065

        v.

Public Assembly, LLC et al
_____,

                    Defendant(s).

## DIRECT ASSIGNMENT PROGRAM ACKNOWLEDGEMENT

**NOTE: This form is <u>not</u> a consent to Magistrate Judge jurisdiction form, and no party should indicate here whether they consent to Magistrate Judge jurisdiction.**

**To consent to Magistrate Judge jurisdiction, file an AO 85 form or the E.D.N.Y. consent form, available at <u>https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf</u>.**

The parties affirm that:

1.    Lead counsel for each party has reviewed Administrative Order 2025-14, governing the E.D.N.Y. Direct Assignment Program, and consulted with their respective client(s) to discuss (a) the fact that this case has been initially assigned solely to a Magistrate Judge under the Direct Assignment Program and (b) the option to consent to Magistrate Judge jurisdiction over the case, including any trial.

2.    Lead counsel for each party has consulted with each other and with their respective client(s) regarding whether to consent to Magistrate Judge jurisdiction.

*Date of Consultation Between Counsel for Parties:*  8/3/26 _____

*Method of Consultation (e.g., phone, email, video conference, in person)*:  email _____

| Printed names of counsel | Signatures of counsel | Dates |
|---|---|---|
| Megan Quattlebaum | /s/ Megan Quattlebaum | 8/5/26 |
| Theo Gould | /s/ Theo Gould | 8/5/26 |
|  |  |  |
|  |  |  |