QK LEGAL
PLLC

August 12, 2026

**VIA ECF**

The Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Tsivicos, et al. v. Public Assembly, L.L.C., et al.*, No. 1:26-cv-03065 (ENV) (JAM)
Plaintiffs' Response to the Court's August 6, 2026 Order Concerning Defendants MacTiernan and McCaw

Dear Judge Marutollo:

I represent Plaintiffs in the above-referenced action and respectfully submit this letter in response to the Court's August 6, 2026 Order directing Plaintiffs to provide information concerning Defendants Maggie MacTiernan and Tamara McCaw. As set forth below, both Defendants have been served with process in accordance with Federal Rule of Civil Procedure 4(e)(1) and N.Y. C.P.L.R. § 308(2). In addition, while no notice of appearance has yet been filed on their behalf, an attorney has recently contacted the undersigned and stated that he represents both Defendants.

**A. Defendants' Proper Service Addresses and the Grounds for Plaintiffs' Assertion**

**Maggie MacTiernan.** Ms. MacTiernan's proper service address is 45 Main Street, Suite 312, Brooklyn, New York 11201, which is the office of Defendant Public Assembly, L.L.C. and Ms. MacTiernan's actual place of business. Ms. MacTiernan is a founder and partner of Public Assembly: the company's website continues to identify her in that role, her LinkedIn profile lists Public Assembly as her current employment, and Plaintiffs have personal knowledge from their own work with Public Assembly that Ms. MacTiernan works from that office.

Ms. MacTiernan was served at that address on June 29, 2026, at 10:58 a.m., when Plaintiffs' process server delivered the Summons, Complaint, and Rider to Summons to Terrence Springer, a person of suitable age and discretion who confirmed that he was authorized to accept delivery, and thereafter mailed a copy of the papers to Ms. MacTiernan, in accordance with C.P.L.R. § 308(2). Proof of service was filed on July 8, 2026 (ECF No. 10). Ms. MacTiernan's deadline to respond to the Complaint was July 20, 2026.

Connecticut
65 High Ridge Road
Suite 150, Stamford, CT 06905

info@qklegal.net
Office: 203.349.3216
Direct: 203.297.9842

New York
43 West 43rd Street
Suite 350, New York, NY 10036

**Tamara McCaw.** Ms. McCaw's proper service address is 30 Lafayette Avenue, Brooklyn, New York 11217, the main building of the Brooklyn Academy of Music ("BAM") and Ms. McCaw's actual place of business. Ms. McCaw was recently named President of BAM: BAM's website identifies her as its President, and her appointment was publicly reported, including by *The New York Times* on March 19, 2026. In addition, over the course of six visits to that address, building security personnel repeatedly confirmed to Plaintiffs' process server that Ms. McCaw "resides" at the location.

Serving Ms. McCaw required significant persistence. Plaintiffs' process server visited 30 Lafayette Avenue six times over a nearly three-week period:

- **June 27, 2026 (7:18 p.m.)** — building security confirmed that Ms. McCaw resides at the location but stated that she was not available;
- **June 29, 2026 (7:55 a.m.)** — the server was unable to gain entry to the secured building;
- **July 1, 2026 (2:59 p.m.)** — security again confirmed that Ms. McCaw resides at the location but stated that she was not available;
- **July 6, 2026 (8:34 p.m.)** — security again stated that Ms. McCaw was not available;
- **July 10, 2026 (3:43 p.m.)** — security again stated that Ms. McCaw was not available; and
- **July 15, 2026 (3:08 p.m.)** — the server completed service by delivering the Summons, Complaint, and Rider to Summons to a woman who identified herself as Ms. McCaw's secretary and co-resident, but who declined to give her name, and by thereafter mailing a copy of the papers to Ms. McCaw, in accordance with C.P.L.R. § 308(2).

Proof of service on Ms. McCaw was filed on July 17, 2026 (ECF No. 17). Ms. McCaw's deadline to respond to the Complaint was August 5, 2026.

## B. Contact Information in Plaintiffs' Possession

In addition to the service addresses identified above, Plaintiffs possess the following contact information for Defendants: for Ms. MacTiernan, a telephone number, (718) 541-1829, and an email address, maggie@publicassembly.nyc; and for Ms. McCaw, an email address, tamara@publicassembly.nyc. Plaintiffs do not possess any other telephone numbers, email addresses, or property addresses for either Defendant.

Plaintiffs also note that the attorney identified in Section C below has stated that he represents both Defendants, and his contact information is provided there.

## C. Plaintiffs' Efforts to Determine Defendants' Service Addresses and Contact Information

Plaintiffs identified Defendants' service addresses through publicly available sources—including Public Assembly's website, Ms. MacTiernan's LinkedIn profile, BAM's website, and press coverage of Ms. McCaw's appointment as BAM's President—and through Plaintiffs' personal

knowledge of Defendants' roles. Plaintiffs then retained a licensed process server, whose efforts are described above, including the six visits required to complete service on Ms. McCaw.

Additionally, at the parties' Rule 26(f) conference on July 21, 2026, the undersigned raised Ms. MacTiernan's and Ms. McCaw's pending response deadlines with counsel for the represented Defendants and asked whether she had a means of contacting them so that they would be aware that their deadlines to answer were approaching. The undersigned also made clear that it is Plaintiffs' strong preference to avoid requesting certificates of default.

Finally, following counsels' conference with the Court on July 28, 2026, Theo E.M. Gould, Esq., of Littler Mendelson P.C., 900 Third Avenue, New York, New York 10022, (212) 497-8489, TGould@littler.com, has been in contact with the undersigned and has stated that he represents both Ms. MacTiernan and Ms. McCaw.

Earlier today, the undersigned wrote to Mr. Gould and specifically requested that he confirm that Ms. MacTiernan and Ms. McCaw waive any objection to the sufficiency of the service already made upon them and that, to the extent any question regarding service remains, he will accept service on their behalf. Mr. Gould responded by email this afternoon and confirmed both points on behalf of his clients.

We thank the Court for its attention to this matter and are available to provide any additional information the Court may require.

Respectfully submitted,

<u>/s/ Megan Quattlebaum</u>
Megan Quattlebaum
QK Legal PLLC
Counsel for Plaintiffs

cc: All counsel of record (via ECF)
Theo E.M. Gould, Esq. (via email)