Littler

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Theo E. M. Gould
212.497.8489 direct
212.583.9600 main
646.417.7611 fax
tgould@littler.com

August 28, 2026

**VIA ECF**

Hon. Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Tsivicos et al v. Public Assembly, LLC et al.***
**Case No. 26-cv-03065-ENV-JAM**

Dear Judge Marutollo:

This firm represents defendants Public Assembly, LLC, Domino Operator, LLC, Two Trees Management Co., Annabel Thompson, Jed Walentas, Maggie MacTiernan, and Tamara McCaw (collectively, "Defendants") in the above-referenced matter. Pursuant to the Court's August 13, 2026 Order, we write to inform the Court that Defendants Maggie MacTiernan and Tamara McCaw are now represented, and intend on defending this action.

We also write pursuant to Section V of Your Honor's Individual Practices & Rules to respectfully request that Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint be extended through October 1, 2026. The deadline for Defendants Public Assembly, LLC, Domino Operator, LLC, Two Trees Management Co., Jed Walentas, and Annabel Thompson to respond to the Complaint was August 17, 2026, and this is the second request for an extension of time for these Defendants. This is Defendants Maggie MacTiernan and Tamara McCaw's first request for an extension of time to respond to the Complaint. The undersigned was recently retained to represent all Defendants in this matter and filed a notice of appearance on August 19, 2026; following discussions with Plaintiff's counsel, the parties have agreed to extend the deadline for all Defendants to respond to the Complaint until October 1, 2026. The parties are also actively engaged in settlement negotiations.

The parties also discussed discovery in this matter. Per the Court's August 6, 2026 Order, the following discovery deadlines are upcoming:

- August 31, 2026 – Date for completion initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)
- September 16, 2026 – Deadline for submission of joint status report outlining the current status of discovery
- October 15, 2026 – Deadline for joinder of parties and amendment of pleadings
- January 15, 2027 – Deadline for completion of fact discovery

As the undersigned was recently retained as counsel for Defendants in this action, the parties jointly request that the deadlines for discovery be extended as follows:

- October 22, 2026 – Date for completion initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)
- November 12, 2026 – Deadline for submission of joint status report outlining the current status of discovery
- November 15, 2026 – Deadline for joinder of parties and amendment of pleadings
- March 16, 2027 – Deadline for completion of fact discovery

This is the parties' first request for an extension of time of discovery in this matter. We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Theo E.M. Gould*

Theo E.M. Gould

cc: All counsel of record (via ECF)