UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLPETHA TSIVICOS and ONE WHALE'S TALE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC ASSEMBLY, L.L.C.; DOMINO OPERATOR LLC; TWO TREES MANAGEMENT CO.; ANNABEL THOMPSON; JED WALENTAS; MAGGIE MACTIERNAN; TAMARA MCCAW,<br><br>Defendants | Case No. 1:26-cv-03065<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendants Public Assembly, L.L.C., Domino Operator LLC, Two Trees Management Co., Annabel Thompson, Jed Walentas, Maggie MacTiernan, and Tamara McCaw ("Defendants") in the above-captioned action. Contact information for the undersigned counsel for the Defendants is as follows:

Shreya Mantrala
Littler Mendelson, P.C.
900 Third Avenue – 8th Floor
New York, NY 10022
212.471.4410
SMantrala@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated: September 16, 2026
New York, New York

*/s/ Shreya Mantrala*
Shreya Mantrala