QK LEGAL
PLLC

October 9, 2026

**VIA ECF**

Honorable Eric N. Vitaliano
United States District Judge
United States District Court, Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Tsivicos v. Public Assembly, L.L.C.*, No. 1:26-cv-03065 (ENV) (JAM) — Joint Proposed Briefing Schedule**

Dear Judge Vitaliano:

We represent Plaintiffs Ellpetha Tsivicos and One Whale's Tale, LLC. Pursuant to the Court's October 2, 2026 Order, Plaintiffs write jointly with Defendants to submit the parties' proposed briefing schedule for Defendants' anticipated motion to compel arbitration or, in the alternative, to dismiss. (See ECF No. 31.)

The parties are scheduled to mediate this matter before Chaim B. Book, Esq. on October 20, 2026. So that the parties can focus their efforts on that mediation, they have agreed that briefing should begin after it and respectfully propose the following schedule:

Defendants' motion: November 18, 2026
Plaintiffs' opposition: December 2, 2026
Defendants' reply: December 9, 2026

If the mediation resolves this matter, the parties will promptly notify the Court. The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Megan Quattlebaum
Megan Quattlebaum
QK Legal PLLC
Counsel for Plaintiffs

/s/ Theo E.M. Gould
Theo E.M. Gould
Shreya Mantrala
Littler Mendelson, P.C.
Counsel for Defendants

cc: All counsel of record (via ECF)

**Connecticut**
65 High Ridge Road
Suite 150, Stamford, CT 06905

**info@qklegal.net**
Office: 203.349.3216
Direct: 203.297.9842

**New York**
43 West 43rd Street
Suite 350, New York, NY 10036