QK LEGAL
PLLC

October 21, 2026

**VIA ECF**

The Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Tsivicos, et al. v. Public Assembly, L.L.C., et al.*, No. 1:26-cv-03065 (ENV) (JAM)
Joint Status Report Pursuant to the September 25, 2026 Order

Dear Judge Marutollo:

Plaintiffs Ellpetha Tsivicos and One Whale's Tale, LLC ("Plaintiffs") and Defendants Public Assembly, L.L.C., Domino Operator LLC, Two Trees Management Co., Annabel Thompson, Jed Walentas, Maggie MacTiernan, and Tamara McCaw ("Defendants") respectfully submit this joint status report pursuant to the Court's September 25, 2026 Order, which stayed discovery until November 30, 2026, the deadline to complete mediation, and directed the parties to file a joint status report by October 21, 2026.

**1. Mediation**

On October 20, 2026, the parties participated in a mediation session with Chaim B. Book, Esq., of Book Law LLP, by videoconference. The first mediation session did not resolve this action. The Parties remain engaged with Mediator Book and hope to resume mediation at a later time.

**2. Defendants' Motion**

The parties will proceed with briefing on Defendants' motion to compel arbitration or, in the alternative, to dismiss, under the schedule the parties proposed to Judge Vitaliano on October 9, 2026. (ECF No. 32.) Defendants' motion is due November 18, 2026; Plaintiffs' opposition is due December 2, 2026; and Defendants' reply is due December 9, 2026.

**Connecticut**
65 High Ridge Road
Suite 150, Stamford, CT 06905

**info@qklegal.net**
Office: 203.349.3216
Direct: 203.297.9842

**New York**
43 West 43rd Street
Suite 350, New York, NY 10036

**3. Discovery Stay**

Plaintiffs' Position: The Court stayed discovery through November 30, 2026, the deadline to complete mediation. The mediation has now taken place and did not resolve the case. Plaintiffs therefore respectfully request that the Court lift the stay and direct Defendants to respond to Plaintiffs' First Requests for Production of Documents and First Set of Interrogatories within fourteen days. Fact discovery is set to close on January 15, 2027, and lifting the stay now will allow the parties to meet that deadline. If the stay is lifted, Plaintiffs will promptly notice the depositions of all seven Defendants, including Rule 30(b)(6) depositions of the three entity Defendants, and intend to complete those depositions in November 2026 so that fact discovery can be completed on the existing schedule.

Defendants' Position: Defendants submit that it would be inappropriate to order discovery in consideration of Defendants' pending motion to compel arbitration or, in the alternative, to dismiss Plaintiff's Complaint. "Indeed, [a] stay pending a motion to compel arbitration should be granted absent compelling reasons to deny it." *Alloway v. Bowlero Corp*., No. 2:24-cv-04738 (SJB) (JMW), 2026 U.S. Dist. LEXIS 36513, at *3-4 (E.D.N.Y. Feb. 23, 2026) (internal citation omitted); *see also Ahmad v. Day,* No. 20 Civ. 4507 (AT) (GWG), 2021 U.S. Dist. LEXIS 32401, at *3 (S.D.N.Y. Feb. 22, 2021). Here, Defendants have not yet filed responsive pleadings (as the matter should be properly litigated in arbitration) and any order compelling discovery while Defendants' motion is pending would prejudice and deprive Defendants of the benefits of the very agreement that they are seeking to enforce. Conversely, Plaintiffs will suffer no prejudice in waiting for the Court to rule on Defendants' motion. In the alternative, Defendants seek to be heard by Your Honor on the matter.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Megan Quattlebaum
Megan Quattlebaum
QK LEGAL PLLC
65 High Ridge Road, Suite 150
Stamford, CT 06905
(203) 297-9842
megan@qklegal.net
Counsel for Plaintiffs

/s/ *Theo E.M. Gould*
Theo E.M. Gould
Shreya Mantrala
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
(212) 497-8489
TGould@littler.com
Counsel for Defendants

cc: All counsel of record (via ECF)